UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS PIMENTA, )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>METROPOLITAN LIFE )<br>INSURANCE COMPANY, )<br>SEARS ROEBUCK & )<br>COMPANY, )<br>    Defendants. ) | Docket No:<br><br>**04-40239** |

## PLAINTIFF'S FIRST COMPLAINT

NOW COMES Dennis Pimenta by and through his attorneys Gogel & Gogel and brings this cause of action pursuant to §502(a)(1)(B) of the Employee Retirement Income Security Act of 1974 alleging as follows:

1. Plaintiff, Dennis Pimenta ("Pimenta") is an individual residing at 11 Wildwood Circle, Millville, Massachusetts.

2. Defendant, Metropolitan Life Insurance Company ("MetLife"), is a corporation with offices in Utica, New York.

3. Defendant, Sears Roebuck & Company ("Sears"), is a corporation with offices at 3333 Beverly Road, Hoffman Estates, Illinois.

4. The present action is brought under the Employee Retirement Income Security Act of 1974 ("ERISA"). This Court has subject matter jurisdiction over this action pursuant to §502(e)(1) of ERISA, 29 U.S.C. §1132(e)(1) and 28 U.S.C. §1331.

5. Venue is proper in this Judicial District pursuant to §502(e)(2) of ERISA, 29 U.S.C. §1332(e)(2) and 28 U.S.C. §§1391(b)(1), (b)(2) and (c) because a substantial part of the events or omissions giving rise to this claim occurred in this Judicial District and

```
RECEIPT # 404449
AMOUNT $ 150.00
SUMMONS ISSUED ✓
LOCAL RULE 4.1 ✓
WAIVER FORM ✓
MCF ISSUED ✓
BY DPTY. CLK. KH
DATE 11/17/04
```

because Defendants transact business in this District and are subject to its personal jurisdiction.

6. Pimenta was a full time salaried employee of the Defendant Sears who performed, in the usual way, all of the regular duties of his job.

7. Pimenta became disabled while in the employment of Sears on November 18, 1999.

8. At all times material herein, Sears provided to its employees, including Pimenta, Long Term Disability Insurance under a plan entitled "Long Terms Disability Insurance for Salaried Associates". (Herein after the "Plan") (Plaintiff has attached the Sears "Summary Plan Description" ("SPD") hereto as "Exhibit A" and incorporated herein by reference.) The Plan is a qualified health and welfare benefit plan established in accordance with ERISA.

9. Under the Plan Sears was responsible to pay long term disability benefits to employees who became disabled pursuant to the terms of the Plan.

10. The administrator of the Plan is the Defendant, Sears.

11. The Defendant, MetLife is the Claim Fiduciary pursuant to §503 of ERISA for the provision of full and fair review of claim denials.

12. At all times material herein, MetLife was appointed by Sears to serve as Claims Administrator. MetLife was authorized by Sears to make decisions or take actions called for in the SPD.

13. Pimenta became disabled under the terms of the Plan on November 18, 1999. After the completion of the "waiting period" described in the Plan, Pimenta began receiving long-term disability benefits.

14. The provision of the Plan that is relevant to coverage for long term disability is definition of totally disabled contained in page 8 of the Summary Plan Description and is as follows:

- "totally incapable of performing the material duties of any gainful employment for which you are reasonably qualified based on your training, education, and experience."

15. Pimenta was receiving long-term disability benefits as a result of a chronic gastrointestinal condition. Since the onset of the condition Pimenta has suffered intermittent episodes of small bowel obstruction, which required multiple surgeries and frequent hospitalizations.

16. Pimenta remains totally disabled according to his treating physicians.

17. In December 2003, MetLife terminated Pimenta's benefits based upon the report of a private investigation firm.

18. On January 12, 2004, Pimenta filed a timely appeal.

19. In response to Pimenta's appeal MetLife conducted a file review and notified Pimenta that his appeal has been denied.

20. Through counsel Pimenta forwarded to MetLife a medical report dated June 25, 2004 from his primary care physician, Monica Woodward, M.D. (Dr. Woodward's report is attached hereto as "Exhibit B" an incorporated herein by reference.")

21. Dr. Woodward stated that Pimenta remains in her opinion "completely disabled from gainful employment".

## COUNT I

22. Pimenta repeats and realleges the allegations contained in paragraphs 1 through 21 of this complaint.

23. At all times material to this action Pimenta was a "beneficiary" under the Sears Long term Disability Plan as that term is defined in §3(8) of ERISA and was entitled to the continued payment of long term disability benefits.

24. Sears and MetLife have wrongfully denied Pimenta benefits due under the terms of the Plan in violation of §502(a)(1)(B) of ERISA.

25. Sears and MetLife continue to wrongfully deny long term disability benefits to Pimenta to which he is entitled.

26. As a result of the wrongful denial of benefits, Pimenta has suffered damages and is rightfully entitled to benefits.

WHEREFORE, Pimenta prays for the following relief:

1. That the Court award damages for the benefits to which Pimenta is entitled under the Plan;

2. That the Court award payment of reasonable attorneys' fees and costs of litigation; and

3. That the Court award any other relief that it deems just and equitable.

## THE PLAINTIFF DEMANDS A TRIAL BY JURY

Respectfully submitted,
On behalf of the Plaintiff,

Kenneth J, Gogel
BBO#547968
GOGEL & GOGEL
2 Mattoon Street
Springfield, MA  01105
(413) 788-5683
kgogel@gogel-gogel.com

**JS 44** (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Dennis Pimenta

### DEFENDANTS
Metropolitan Life Ins. Co.
Sears Roebuck & Co.

**(b)** County of Residence of First Listed Plaintiff  **Worcester**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed  **Oneida, N.Y.**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Kenneth J. Gogel
2 Mattoon Street
Springfield, MA 01105 (413) 788-5683

Attorneys (If Known)

04-40239

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PLF | DEF |  | PLF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☒ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

E.R.I.S.A.                    Policy Benefits

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE                         DOCKET NUMBER

DATE  November 16, 2004

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Pimenta v. Metropolitan Life Ins. Co.__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   - [ ] I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
   - [X] II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.   *Also complete AO 120 or AO 121 for patent, trademark or copyright cases
   - [ ] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.
   - [ ] IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.
   - [ ] V.   150, 152, 153.

   04-40239

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES [ ]   NO [X]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

   YES [ ]   NO [X]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES [ ]   NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

   YES [ ]   NO [X]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

   YES [ ]   NO [X]

   A. If yes, in which division do all of the non-governmental parties reside?

   Eastern Division [ ]   Central Division [ ]   Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

   Eastern Division [ ]   Central Division [X]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

   YES [ ]   NO [ ]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Kenneth J. Gogel__
ADDRESS __2 Mattoon Street, Springfield, MA 01105__
TELEPHONE NO. __(413) 788-5683__

(Coversheetlocal.wpd - 10/17/02)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.