%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

DENNIS PIMENTA,
   Plaintiff

V.

METROPOLITAN LIFE INS. CO.,
et al
   Defendants

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**04-40239**

TO: (Name and address of Defendant)

Sears Roebuck & Company
3333 Beverly Road
Hoffman Estates, IL  60179

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth J. Gogel
Gogel & Gogel
2 Mattoon Street
Springfield, MA  01105

an answer to the complaint which is served on you with this summons, within __twenty__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**

CLERK

(By) DEPUTY CLERK

DATE  November 17, 2004

⛉AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 3/22/05 |
| NAME OF SERVER (PRINT) Kenneth S Gogel | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Certified Mail Return Receipt Attached

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/22/05
              Date                Signature of Server

              2 Main St Springfield MA 01103
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Frank Johnson_    ☐ Agent    ☐ Addressee

B. Received by (Printed Name): Frank Johnson    C. Date of Delivery: MAR 2005

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

(Postmark: SCHAUMBURG, IL / HOFFMAN ESTATES / USPS)

1. Article Addressed to:

    Andrea L. Zopp
    Senior V.P. + Gen. Counsel
    Sears Roebuck & Co.
    3333 Beverly Road
    Hoffman Estates, IL 60179

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7004 0550 0000 4601 6800

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540