UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40239

_____
)
DENNIS PIMENTA,                              )
                                             )
            Plaintiff,                       )
                                             )
v.                                           )
                                             )
METROPOLITAN LIFE INSURANCE                  )
COMPANY, SEARS ROEBUCK &                     )
COMPANY,                                     )
                                             )
            Defendants.                      )
_____)

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance on behalf of defendants Metropolitan Life Insurance Company and Sears Roebuck & Company in the above-captioned matter.

/s/ Johanna L. Matloff
Johanna L. Matloff  (BBO # 655178)
CONN KAVANAUGH ROSENTHAL PEISCH
 & FORD, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200

Dated:  April 13, 2005

224403.1