UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40239

_____
                                   )
DENNIS PIMENTA,                    )
                                   )
       Plaintiff,                  )
                                   )
v.                                 )
                                   )
METROPOLITAN LIFE INSURANCE        )
COMPANY, SEARS ROEBUCK &           )
COMPANY,                           )
                                   )
       Defendants.                 )
_____)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter my appearance on behalf of defendants Metropolitan Life Insurance Company and Sears Roebuck & Company in the above-captioned matter.

    /s/ James F. Kavanaugh, Jr.
    James F. Kavanaugh, Jr.  (BBO # 262360)
    CONN KAVANAUGH ROSENTHAL PEISCH
     & FORD, LLP
    Ten Post Office Square
    Boston, MA 02109
    617-482-8200

Dated:  April 13, 2005

224401.1