UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40239

_____
                                        )
DENNIS PIMENTA,                         )
                                        )
                    Plaintiff,          )
                                        )
v.                                      )
                                        )
METROPOLITAN LIFE INSURANCE             )
COMPANY, SEARS ROEBUCK &                )
COMPANY,                                )
                                        )
                    Defendants.         )
_____)

## ASSENTED-TO MOTION OF DEFENDANTS TO EXTEND TIME FOR RESPONDING TO THE COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b) and Fed. R. Civ. P. 12(a), defendants Metropolitan Life

Insurance Company and Sears Roebuck & Company hereby move, with the assent of the

plaintiff, to enlarge the time within which they must serve a response to the complaint to April

29, 2005.  As grounds therefor, the defendants state that said additional time is necessary for

them to prepare their responses.

**ASSENTED TO BY:**                         METROPOLITAN LIFE INSURANCE
DENNIS PIMENTA,                              COMPANY, and SEARS ROEBUCK &
By his attorneys,                           COMPANY,
                                            By their attorneys,

 /s/ Kenneth J. Gogel                       /s/ Johanna L. Matloff
Kenneth J. Gogel BBO# 547968                James F. Kavanaugh, Jr. BBO # 262360
GOGEL & GOGEL                               Johanna L. Matloff BBO #655178
2 Mattoon Street                            CONN, KAVANAUGH, ROSENTHAL,
Springfield, MA  01105                          PEISCH & FORD, L.L.P.
(413) 788-5683                              Ten Post Office Square
                                            Boston, MA 02109
                                            (617) 482-8200

Dated: April 14, 2005
224404.1