UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40239

```
_____
                                    )
DENNIS PIMENTA,                     )
                                    )
            Plaintiff,              )
                                    )
v.                                  )
                                    )
METROPOLITAN LIFE INSURANCE         )
COMPANY, SEARS ROEBUCK &            )
COMPANY,                            )
                                    )
            Defendants.             )
_____)
```

**ASSENTED-TO MOTION OF DEFENDANTS TO EXTEND TIME
FOR RESPONDING TO THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b) and Fed. R. Civ. P. 12(a), defendants Metropolitan Life Insurance Company and Sears Roebuck & Company hereby move, with the assent of the plaintiff, to enlarge the time within which they must serve a response to the complaint to **May 3, 2005.** As grounds therefor, the defendants state that said additional time is necessary for them to finalize their responses.

| | |
|---|---|
| **ASSENTED TO BY:**<br>DENNIS PIMENTA,<br>By his attorneys,<br><br>/s/ Kenneth J. Gogel<br>Kenneth J. Gogel BBO# 547968<br>GOGEL & GOGEL<br>2 Mattoon Street<br>Springfield, MA  01105<br>(413) 788-5683 | METROPOLITAN LIFE INSURANCE<br>COMPANY, and SEARS ROEBUCK &<br>COMPANY,<br>By their attorneys,<br><br>/s/ Johanna L. Matloff<br>James F. Kavanaugh, Jr. BBO # 262360<br>Johanna L. Matloff BBO #655178<br>CONN, KAVANAUGH, ROSENTHAL,<br>     PEISCH & FORD, L.L.P.<br>Ten Post Office Square<br>Boston, MA 02109<br>(617) 482-8200 |

Dated: April 29, 2005
225663.1