UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40239

|  |  |
|---|---|
| DENNIS PIMENTA, | ) |
| Plaintiff, | ) |
| v. | ) |
| METROPOLITAN LIFE INSURANCE COMPANY, SEARS ROEBUCK & COMPANY, | ) |
| Defendants. | ) |

## JOINT STATEMENT

Pursuant to the Court's June 2, 2005 Notice of Scheduling Conference, the parties submit the following joint statement.

**I.   Joint Discovery Plan**

The parties agree to conform to the obligation to limit discovery pursuant to Fed. R. Civ. P. 26(b). It is the parties' position that automatic disclosures are not required in this case, because this case is in the nature of "an action for review on an administrative record," which is exempt from initial disclosure requirements. See Fed. R. Civ. P. 26(a)(1)(E)(i).

**A.   Amendments to Pleadings**

Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after July 22, 2005.

**B.   Record for Judicial Review**

Insofar as this matter solely concerns the Court's review of a claim for benefits under ERISA, which shall be limited to the Court's review of the administrative record, the parties

agree that the Defendants shall provide to Plaintiff a copy of the proposed record for judicial review on or before August 5, 2005. If Plaintiff claims that the record is incomplete or inaccurate in any way, he will notify Defendants' counsel in writing of the same by August 19, 2005. If the Plaintiff does not provide such notice by August 19, 2005, then the Defendants shall file with the Court each of the documents served on Plaintiff entitled as "Agreed Record for Judicial Review." If Plaintiff does provide such notice by August 19, 2005, the parties must confer by September 6, 2005 in an attempt to ascertain an agreed record for review. If the parties come to an agreement, they are to promptly file an "Agreed Record for Judicial Review." If the parties cannot agree on the record, they shall file by September 20, 2005 a document entitled "Partial Record for Judicial Review," containing the particular record upon which the parties agree. To the extent the parties disagree concerning the proper contents of the record for judicial review, the parties shall file memoranda concerning any additional material they seek to have added to the record for judicial review by September 20, 2005. Parties opposing any such motion shall file any opposition by October 4, 2005.

      C. **Proposed Discovery Schedule**

If any party proposes that it is entitled to any further discovery, to constitute or supplement the record for judicial review, it must file with the Court a submission showing cause for the party's entitlement to such discovery. The Court expects a reasonable degree of particularity as to what discovery is sought and why reason exists to expect that the product of discovery would be properly received at trial and would be material to the disposition of this civil action. Any requests for discovery must be filed by September 20, 2005. Counsel to any party not proposing discovery shall have until October 4, 2005, to file an opposition thereto.

If any party proposes that it is entitled to an evidentiary hearing necessary to supplement the record for judicial review, it must file with the Court a submission showing cause for its entitlement to such evidentiary hearing. The Court expects a reasonable degree of particularity as to what reason exists to expect that the product of the evidentiary hearing would be material to the disposition of this civil action. Any request for such evidentiary hearing must also be filed by September 20, 2005. Any party opposing the evidentiary hearing shall have until October 4, 2005 to file an opposition thereto.

**II.     Proposed Motion Schedule**

If the parties agree upon the record for review and have filed an "Agreed Record for Judicial Review," the Plaintiff shall file his motion for summary judgment with accompanying memoranda by December 7, 2005. Defendants shall file their opposition and cross motion for summary judgment by January 6, 2005, to which Plaintiff shall respond by January 20, 2005.

If the parties do not agree upon the record for review, and only a "Partial Record for Judicial Review" is filed, the Plaintiff shall file his motion for summary judgment with accompanying memoranda within two (2) months after the Court determines what constitutes the record for judicial review, as supplemented. Defendants shall file their oppositions and cross motions for summary judgment within one (1) month after Plaintiff files his motion for summary judgment. Plaintiff shall respond to Defendants' oppositions and cross motions for summary judgment within two (2) weeks after Defendants file their oppositions and cross motions for summary judgment.

**III.    Certifications**

The required certifications are attached hereto or will be filed under separate cover.

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, and SEARS ROEBUCK & COMPANY,<br>By their attorneys, | DENNIS PIMENTA<br>By his attorney, |
| /s/ Johanna L. Matloff<br>———————————————<br>James F. Kavanaugh, Jr. (BBO No. 262360)<br>Johanna L. Matloff (BBO No. 655178)<br>CONN KAVANAUGH ROSENTHAL<br>  PEISCH & FORD, LLP<br>Ten Post Office Square<br>Boston, MA  02109<br>(617) 482-8200 | /s/ Kenneth J. Gogel (JLM)<br>———————————————<br>Kenneth J. Gogel, Esq.<br>Gogel & Gogel<br>2 Mattoon Street<br>Springfield, MA  01105 |

Dated: June 29, 2005

229706.1