UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40239

| | |
|---|---|
| DENNIS PIMENTA, | ) |
| Plaintiff, | ) |
| v. | ) |
| METROPOLITAN LIFE INSURANCE COMPANY, SEARS ROEBUCK & COMPANY, | ) |
| Defendants. | ) |

## CERTIFICATION PURSUANT TO LR 16.1(D)(3)

Defendant Metropolitan Life Insurance Company ("MetLife"), by its attorney and an authorized representative, hereby certifies as follows:

1. MetLife and its counsel have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation.

2. MetLife and its counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Louisa S. Ruffine, Esq.
Metropolitan Life Insurance Company
27-01 Queens Plaza North
Long Island City, NY 11101

_____
James F. Kavanaugh, Jr. BBO # 262360
Johanna L. Matloff BBO # 655178
CONN KAVANAUGH ROSENTHAL
 PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200

DATED: June 28, 2005
229715.1