UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40239

DENNIS PIMENTA,

        Plaintiff,

v.

METROPOLITAN LIFE INSURANCE
COMPANY, SEARS ROEBUCK &
COMPANY,

        Defendants.

## CERTIFICATION PURSUANT TO LR 16.1(D)(3)

Defendant Sears Rocbuck & Company ("Sears"), by its attorney and an authorized representative, hereby certifies as follows:

1. Sears and its counsel have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation.

2. Sears and its counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Karyn Boston, Esq.
Associate General Counsel
General Litigation
Sears Holdings Corporation
3333 Beverly Road, B6-312B
Hoffman Estates, IL, 60179

_____
James F. Kavanaugh, Jr. BBO # 262360
Johanna L. Matloff BBO # 655178
CONN KAVANAUGH ROSENTHAL
  PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200

DATED: July 6, 2005
229716.1