UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40239

DENNIS PIMENTA,

        Plaintiff,

v.

METROPOLITAN LIFE INSURANCE
COMPANY, SEARS ROEBUCK &
COMPANY,

        Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff Dennis Pimenta and defendants Metropolitan Life Insurance Company and Sears Roebuck & Company (collectively referred to as the "Defendants") hereby stipulate that all claims against the Defendants are to be dismissed with prejudice, with all parties to bear their own attorneys' fees and costs, and with all rights of appeal waived.

DENNIS PIMENTA,
By:

*/s/ Dennis Pimenta*

Dennis Pimenta

and

*/s/ Kenneth J. Gogel*

Kenneth J. Gogel (BBO# 547968)
Gogel & Gogel
2 Mattoon Street
Springfield, MA 01105
(413) 788-5683
238601.1

METROPOLITAN LIFE INSURANCE
COMPANY
By its attorneys,

*/s/ Johanna Matloff*

James F. Kavanaugh, Jr. (BBO# 262360)
Johanna L. Matloff (BBO# 655178)
CONN KAVANAUGH ROSENTHAL
  PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
(617) 482-8200